448 A.2d 1143

Commonwealth v. Stevenson, Appellant.

Reargument Denied Aug. 24, 1982.

Petition for Allowance of Appeal Denied Oct. 29, 1982.

Argued May 3, 1982. Robert Joseph Magee, for appellant; Donald B. Corriere, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

447 A.2d 656

Commonwealth v. Sunbury, Appellant.

Submitted November 17, 1981. Charles P. Buchanio, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.